UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:10CV00086 ERW |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Timothy Dean's Memorandum requesting remand [ECF No. 46]. On November 21, 2011, the United States Court of Appeals for the Eighth Circuit issued a Judgment and Mandate remanding the case to this Court with instructionss to reverse and remand the case to Michael J. Astrue, Commissioner of the Social Security Administration, under sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the case is reversed and remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

Dated this  4th  day of January, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE